ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Tel: (415) 977-8973
    Fax: (415) 744-0134
    Email: Susan.L.Smith@ssa.gov

Attorneys for Defendant Carolyn W. Colvin,
    Acting Commissioner of Social Security

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SHANNA R. DE LOS REYES, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | No. LACV-13-6356-KK <br><br> [~~PROPOSED~~] JUDGMENT OF ~~REMAND~~ |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: August 4, 2014    _____
                                   HON. KENLY KIYA KATO
                                   UNITED STATES MAGISTRATE JUDGE